FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

LEWIS # 83880
(Last Name) (Identification Number)

JEREMY
(First Name) (Middle Name)

HINDS COUNTY DETENTION CENTER
(Institution)

1450 County Farm Rd. Raymond, Ms. 39154
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 27 2017
ARTHUR JOHNSTON
BY ______ DEPUTY

V. CIVIL ACTION NUMBER: 3:17cv 506-DPJ-FKB
(to be completed by the Court)

Board of Supervisors, Hinds County,
Hinds County, Warden Mary Rushing,
& Hinds County Sheriff: Victor Mason
Deputy Sheriff: Baldwin
(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes (✓) No ( )

B. Are you presently incarcerated?
Yes (✓) No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes ( ) No (✓)

D. Are you presently incarcerated for a parole or probation violation?
Yes ( ) No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No (✓)

**PARTIES**

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Jeremy Prisoner Number: 83880

Address: 1450 County Farm Rd.
Raymond, Ms. 39154

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Hinds County Board of Supervisors is employed as Supervisors of Hinds County at Hinds County Detention Center/City of Jackson

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

| NAME: | ADDRESS: |
|---|---|
| Jeremy | 1450 County Farm Rd. Raymond, Ms. 39154 |

DEFENDANT(S):

| NAME: | ADDRESS: |
|---|---|
| Hinds County. | P.O. Box 686 Jackson, Ms. 39205 |
| WARDEN Mary Rushing | 1450 County Farm Rd., Raymond, Ms. 39154 |
| Hinds County Sheriff: Victor Mason | 407 EAST Pascagoula St. Jackson, MS. 39201 |
| Deputy Sheriff: BALDWIN | 1450 County Farm Rd. Raymond, Ms. 39154 |

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**

**The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.**

A. Have you ever filed any lawsuits in a court of the United States? Yes ( ) No ( / )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.

1. Parties to the action:______________________________

______________________________

2. Court (if federal court, name the district; if state court, name the county):__________

______________________________

3. Docket Number:______________________________

4. Name of judge to whom case was assigned:______________________________

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)______________________________

______________________________

CASE NUMBER 2.

1. Parties to the action:______________________________

______________________________

2. Court (if federal court, name the district; if state court, name the county):__________

______________________________

3. Docket Number:______________________________

4. Name of judge to whom case was assigned:______________________________

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)______________________________

______________________________

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

1. On or about ~~De~~ the 2nd day of December, 2016, I was transported to the Hinds County Detention Center, prior to an arrest, I was then placed inside a holding Cell inside the booking area; Upon entering the said cell, the smell of ~~sewer~~ raw sewer hit me in the nose; while inside the cell, I noticed Feces coming out of the drain, I had to eat and sleep with raw sewege present, without a Mattress; the floor of the Cell was covered with dirt & grit, the toilet & Sink area was soiled, inside and outside;

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

DECLARATORY

Preliminary and ~~Permanante~~ Permanent injunction

Compensatory Damages

PUNITIVE DAMAGES

Signed this 15th day of JUNE, 20 17.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

[signature]
Signature of plaintiff

2. On or about the 9th day of December, 2017, I was then transferred to Unit-A-3, there, it is ~~human~~ black mold in several areas within the Unit-A-3, the Showers, Cells, and underneath the bottom of the top tier.

3. Also, there is no ventilation, as the Covering of the vent is Clogged with dirt, not allowing fresh air to come in, although the black mold alone poses a hazard not to mention no fire exits or sprinkles

4. It has been Months, and I am yet to be afforded outdoors recreation, based on information and belief, outdoors recreation has not been afforded to the pretrial detainees since the year of 2015

5. Furthermore, I was slapped without need or provocation by Deputy Sheriff: Baldwin on Janurary 18, 2017, even the Sheriff himself was present, he Knows these acts ~~an~~ are being prescribed by staff, officers ~~ang~~ and agents of the Hinds County Detention Center

6. The Sheriff. (Victor Mason), himself, has threaten to blow the Jail up, also, as defendant Victor Mason says.: "We gonna beat that ass"

7. Also, defendant Victor Mason ~~the~~ tells his deputies to take them (pretrial dataineses) out from the Camera and do what you want to do to them;" meaning to beat on them, taze, or as the case may be.

8. Plaintiff Lewis used the inmate grievance procedure available at Hinds County Detention Center to try and solve the problems

9. On Janurary 3, 2017, Plaintiff Lewis the facts (in-part), relating to this Complaint. On Janurary 18, 2017 plaintiff was sent a response saying "i have addressed all matters of the way shakedowns are conducted with sheriff department administration, I am working with Maintenance on recreation yards and Maintenance issues to be resolved"

10. On January 21, 2017, Plaintiff Lewis appealed the grievance on the overall issues in this complaint to the warden. He received no response. and all these issues still exist

## LEGAL CLAIMS

11. Plaintiff reallege and incorporate by reference paragraphs 1-10.

12. Defendants Hinds County Board of Supervisors, Warden Mary Rushing, and Sheriff Victor Mason's failure to respond to the barbaric Conditions of Confinement, Creates an atmosphere of deliberate indifference to the inhabitants of the establishment health & personal safety and Violates and Continues to violate plaintiff's rights of the Fifth (5th) Eighth (8th) and of the (Due Process Clause) ~~of~~ Of the Fourteenth (14th) Amendment to the United States Constitution

13. Defendant Baldwin Used excessive force against plaintiff Lewis by Slapping him hard in the face without need or provocation. Defendant's action Violated plaintiff Lewis's rights under the Fifth (5th) and the (Due Process Clause) of the Fourteenth (14th) Amendment to the United States Constitution, Causing plaintiff lewis pain, Suffering, physical injury and emotional distress.

14. Defendant Mason, failing to correct that ~~Conduct~~ Misconduct, and

encouraging the continuation of the misconduct, and by threating to beat on, and/or to Create death, when he threaten to blow the Jail up, Creates an atmosphere of deliberate indifference to the inhabitants thereof rights, health, and personal safety, and Violates and continue to Violate plaintiff's rights under the Fifth (5TH), and of the (Due Process Clause) of the Fourteenth (14TH) Amendment to the United States Constitution and Causing Plaintiff Lewis pain, suffering, physical injury, emotional distress, and fear for life.

15. Plaintiff Lewis has no plain, adequate or complete remedy at Law to redress the wrongs described herein. Plaintiff has been and will Continue to be irreparably injured by the barbaric Conditions of Confinement and Conduct of the defendants unless this Court grants the declaratory and injunctive relief which plaintiff seeks.

## PRAYER FOR RELIEF

WHEREFORE, plaintiffs respectfully pray that this Court enter judgment:

16. Granting Plaintiff Lewis a declaratory that acts, omission, and inaction described herein Violate his rights under the constitution and laws of the United States, and

17. A preliminary and permanent injunction ordering defendants to immediately act to Curb the barbaric Conditions of Confinement and to Cease their physical Violence and threats towards the inhabitants thereof, and

18. Granting plaintiff Lewis Compensatory damages in the amount of $ 90,000 each, against defendants Hinds County Board of Supervisors, Hinds County, Rushing, and Mason, jointly and severally.

19. Granting plaintiff Lewis Compensatory damages in the amount of $ 5,000 against defendant Baldwin only.

20. Granting plaintiff Lewis Compensatory damages in the amount of $ 50,000 against defendant Mason

21. Plaintiff seek punitive damages in the amount of $ 50,000. Plaintiff Lewis Seeks these damages against each defendant, jointly and severally.

22. Plaintiff also seek a jury trial on all issues triable by jury,

23. Plaintiff also seek recovery of ~~the~~ his costs in this suit, and

24. Any additional relief this Court deems just, proper, and equitable.

DATED: June 15, 2017

Respectfully submitted
Jeremy Lewis
1456 County Farm Rd.
Raymond, MS. 39154

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the forgoing is true and correct.

Executed at Raymond, Mississippi on June 15, 2017

Jeremy Lewis